

# MANDATE
## The Fourteenth Court of Appeals

NO. 14-14-00768-CV

In the Interest of O.Z.O.

Appealed from the 257th District Court of Harris County. (Tr. Ct. No. 2010-67564). Memorandum opinion delivered by Justice Brown. Justices Christopher and Wise also participating.

**TO THE 257TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on August 27, 2015, the cause upon appeal to revise or reverse your judgment was determined.  Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee Olakunle Oladunni, signed May 23, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Denetra McClairne to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, November 06, 2015.

**CHRISTOPHER A. PRINE, CLERK**